No. 6025. COLE v. MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 6039. EDDINS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 6056. WARDROP v. BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 6064. CLAUNCH v. PAGE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 6214. SMITH v. CALIFORNIA. Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 6293. CHILDRESS v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 6308. COLLINS v. UNITED STATES. C. A. 7th Cir. Certiorari denied

No. 6314. CRAFT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6322. BENNETT v. VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 6348. SADOWY v. MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 6357. NEAL v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 6363. MEYERS v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 6365. REED v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6379. CORONADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.